**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Plaintiffs,

v.

Mary Jo A. Jensen-Carter,

Defendant.

Civil No. 01-633 (RHK/JMM)

**ORDER**

and

Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander,

Plaintiff,

vs.

Larry K. Alexander, Georgina Y. Stephens, John Doe and Mary Roe, et al.,

Defendants.

Civil No. 01-CV-1087 (RHK/JMM)

---

The Motions in each of the above matters, now scheduled for hearing before the undersigned on August 15, 2001, are referred to Magistrate Judge John M. Mason for recommended disposition. The Motions of Georgina Y. Stephens, referenced in counsel Oliver's letter to the Court, are also referred to Judge Mason. The August 15 hearing date



AUG 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

is **CANCELED**; Judge Mason will advise the parties of a new hearing date and determine whether the recently filed Motions should be heard on the same date.

Dated: August 13, 2001

RICHARD H. KYLE
United States District Judge