UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGINA Y. STEPHENS and
ANDREW W. ALEXANDER, a minor child,
by his mother and natural guardian,
Georgina Y. Stephens,

Civil No. 01-633 (RHK/JMM)

Plaintiffs,

v.

MARY JO A. JENSEN-CARTER,

Defendant.

---

MARY JO A. JENSEN-CARTER,
Trustee of the Bankruptcy Estate of
Larry K. Alexander,

Civil No. 01-1087 (RHK/JMM)

Plaintiff,

v.

LARRY K. ALEXANDER, GEORGINA Y.
STEPHENS, JOHN DOE and MARY ROE, et al.,

Defendants.

---

ORDER/NOTICE OF HEARING

---

Mary Jo A. Jensen-Carter has filed Defendant's Motion to Dismiss and Motion for Sanctions [Docket Nos. 28, 31 in Civil No. 01-633] and Plaintiff's Motion to Remand to State Court or to Consolidate [Docket No. 10 in Civil No. 01-1087] in the above matters. By Order dated August 13, 2001, District Judge Richard H. Kyle has referred these Motions to the undersigned for a Report and Recommendation pursuant to the

FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

provisions of 28 U.S.C. § 636 (b)(1)(B).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that on Friday, August 17, 2001 at 11:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, the undersigned will hear oral argument on the above two motions.

Dated: August 13, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Court is advised that it is the intention of Georgina Stephens, et al. to file a Motion for Summary Judgment and Rule 11 Sanctions in the above matters. These motions are also assigned to this Court for a Report and Recommendation. This Court expects that after these Motions have been fully briefed and are ready for submission to the Court, counsel for the moving party will obtain a hearing date for the Motions from the Calendar Clerk of this Court. Counsel shall thereupon prepare a Notice of Motion with said hearing date and serve and file the same upon other counsel and the Clerk of Court. See Local Rule 7.1(b)(2)(D).

J.M.M.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500