UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY JO A. JENSEN-CARTER,
Trustee of the Bankruptcy Estate of
Larry K. Alexander,

CIVIL NO. 01-1087 (RHK/JMM)

Plaintiff,

v.

ORDER

LARRY K. ALEXANDER, GEORGINA Y. STEPHENS, JOHN DOE and MARY ROE, et al.,

Defendants.

At the hearing on Plaintiff's Motion to Remand, the Court advised counsel that it would accept written Memoranda on the issue of whether there was federal jurisdiction over the Complaint in this matter. Plaintiff and Defendants have each submitted such Memoranda, and the Reply Memorandum of Plaintiff is due on August 31, 2001.

Counsel for Defendants also submitted to the Clerk for filing a document captioned "Post-Hearing Affidavit of Georgina Y. Stephens" to which was attached certain exhibits.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the document captioned "Post-Hearing Affidavit of Georgina Y. Stephens" be removed from the files of the Clerk of Court, and returned to counsel for Defendants.

Dated: August 29, 2001

JOHN M. MASON
United States Magistrate Judge

FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MEMORANDUM

The Rules of this Court specify the documents which may be filed in connection with Motions, and specify the timing of those filings. The Court ordered only a partial modification of that schedule, in order to permit the receipt of legal memoranda. The Court established a fair process for the parties to submit post-hearing memoranda, but no authorization for post-hearing Affidavits was given. It would create an unfairness and confusion were the Court to permit the presentation of facts after oral argument and briefing had been concluded.

J.M.M.