UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander,

Plaintiff,

Civil No. 01-CV-1087 (RHK/JMM)

**ORDER**

vs.

Larry K. Alexander, Georgina Y. Stephens, John Doe and Mary Roe, et al.,

Defendants.

---

Counsel for Defendant has appealed Magistrate Judge John M. Mason's September 18, 2001 Order for Sanctions against him in the amount of $250.00.

Finding the Order (Doc. No. 24) appealed from to be neither clearly erroneous nor contrary to law,[1] it is **AFFIRMED**.

Dated: October 24, 2001

RICHARD H. KYLE
United States District Judge

---

[1]Were the Court to review the Order de novo, it would also affirm.

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK