**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander,

Plaintiff,

Civil No. 01-CV-1087 (RHK/JMM)

**ORDER**

vs.

Larry K. Alexander, Georgina Y. Stephens, John Doe and Mary Roe, et al.,

Defendants.

---

In his September 19, 2001 Report and Recommendation, Magistrate Judge John M. Mason has recommended that this matter should be remanded to the Ramsey County District Court. Defendants have filed Objections to the R&R and the matter is before the undersigned for de novo review of these Objections.

The Court has conducted the required de novo review and is satisfied that Judge Mason's proposed disposition is fully supported by the record before him and controlling legal precedent.

Accordingly, upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 32) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

3. Defendant's Motion to Consolidate (Doc. No. 10) is **DENIED**; and

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The Motion to Remand (Doc. No. 10) is **GRANTED** and the matter is remanded to the Ramsey County District Court.

Dated: October 24, 2001

RICHARD H. KYLE
United States District Judge